

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT CHRISTOPHER SAMS,

    Defendant.

Case: 2:22-cr-20006
Judge: Michelson, Laurie J.
MJ: Grey, Jonathan J.C.
Filed: 01-04-2022 At 03:07 PM
INDI USA V SCOTT SAMS (SS)

VIOL: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

21 U.S.C. § 846
*Conspiracy to Commit a Title 21 Offense*

On or about and between January 1, 2020, through on or about November 30, 2021, both dates being approximate and inclusive, in the Eastern District of Michigan and elsewhere, the defendant, SCOTT CHRISTOPHER SAMS, knowingly and intentionally combined, conspired, confederated, and agreed with persons both known and unknown to the Grand Jury, to commit the following offenses against the United States: possession with intent to distribute

1

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

21 U.S.C. §§ 841(a)(1); 841(b)(1)(C)
*Distribution of Controlled Substances Resulting
in Serious Bodily Injury and Death*

On or about and between May 20, 2021, through on or about May 21, 2021, both dates being approximate and inclusive, in the Eastern District of Michigan and elsewhere, the defendant, SCOTT CHRISTOPHER SAMS, did knowingly and intentionally distribute a quantity of a mixture and substance containing methamphetamine, a Schedule II controlled substance, resulting in the serious bodily injury and death of R.S., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(C).

## **COUNT THREE**

21 U.S.C. § 841(a)(1)
*Possess with Intent to Distribute Controlled Substances*

On or about and between June 1, 2021, through on or about June 15, 2021, both dates being approximate and inclusive, in the Eastern District of Michigan and elsewhere, the defendant, SCOTT CHRISTOPHER SAMS, did knowingly and unlawfully possess with the intent to distribute a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

21 U.S.C. § 853; 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21 United States Code, Section 853, and Title 28 United States Code, Section 2461(c).

Upon conviction any of the controlled substance offense alleged in Counts One through Three of this Indictment, defendant shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the named violations.

If any of the property described in the paragraphs above as being forfeitable under Title 21, United States Code, Section 853, as a result of any act or omission of the defendant- -

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred to, sold to, or deposited with a third party;
    c. has been placed beyond the jurisdiction of this Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property that cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of defendant up to the value of the above-described forfeitable property.

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
Grand Jury Foreperson

DAWN N. ISON,
UNITED STATES ATTORNEY

*Julie A. Beck*

JULIE A. BECK,
Chief, Drug Task Force
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313-226-9100
E-Mail: Julie.beck@usdoj.gov

MARGARET M. SMITH
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313-226-9135
E-Mail: Margaret.smith@usdoj.gov

Dated: January 4, 2022

5

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 2:22-cr-20006<br>Judge: Michelson, Laurie J.<br>MJ: Grey, Jonathan J.C. |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp | | Filed: 01-04-2022 At 03:07 PM<br>INDI USA V SCOTT SAMS (SS) |

## Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes        ☒ No | AUSA's Initials:    *s/MS* |

**Case Title:** USA v. SCOTT CHRISTOPHER SAMS

**County where offense occurred :** Wayne

**Check One:**        ☒ Felony            ☐ Misdemeanor            ☐ Petty

    \_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
    _✓_Indictment/\_\_\_\_Information --- based upon prior complaint [Case number: 21-mj-30586        ]
    \_\_\_\_Indictment/\_\_\_\_Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 4, 2022
    Date

*s/Margaret Smith*
Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9135
Fax:    313-226-3265
E-Mail address: Margaret.Smith@usdoj.gov
Attorney Bar #: P71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1